JAMES A. HUNTER ET AL, APPELLEES, V. WILLIAM S. NICHOLSON, APPELLANT.

FILED MAY 2, 1930. No. 27217.

*Lee Basye,* for appellant.

*Mitchell & Gantz, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON and DAY, JJ., and LIGHTNER, District Judge.

PER CURIAM.

This is an appeal by defendant from an order of the district court for Sioux county overruling a motion of appellant to vacate and set aside a decree of foreclosure.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.